IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NO. 1:15-CR-00067-P-BL-1 |
| BRADLEY BARRETT BISHOP | § § § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**BRADLEY BARRETT BISHOP**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to the Indictment[1]. After cautioning and examining **BRADLEY BARRETT BISHOP**, under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **BRADLEY BARRETT BISHOP**, be adjudged guilty and have sentence imposed accordingly.

Date: December 3, 2015.

E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

---

[1] It should be noted that Defendant "plead[ed] guilty to the offense alleged in the indictment, charging him with a violation of 18 U.S.C. §922(g)(1) convicted felon in possession of a firearm." (Doc. 15, p. 1, para. 2). Defendant's Factual Resume states that he "did knowingly possess *a firearm*" (emphasis added)" (*id.*, p. 2 at para. 7), in contrast with the Government's contention that he possessed four (4) firearms (Doc. 1, p. 1), (Doc. 16, p. 2). This discrepancy was raised by counsel during rearraignment, and both sides were heard on the issue. Ultimately, the undersigned was satisfied that Defendant's plea of guilty to Count One of the indictment was sufficient, irrespective of the conflicting positions on the number of firearms possessed.

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).